7/30/2019 3:00 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 35548453
By: Charlie Tezeno
Filed: 7/30/2019 3:00 PM

CAUSE NO. _____

| | | |
|---|---|---|
| ALFRED LEE and<br>SHELLY LEE | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | §<br>§<br>§<br>§ | HARRIS COUNTY, TEXAS |
| ILM TRANSPORTATION, INC. and<br>TUHTABOY DUMMATOV | §<br>§ | _____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE COURT:

COME NOW, ALFRED LEE and SHELLY LEE, Plaintiffs, complaining of ILM TRANSPORTATION, INC., and TUHTABOY DUMMATOV, Defendants, and at the time of trial will show the following:

### I. Discovery

Plaintiffs intend to conduct discovery under Level 2 of Rule 190.3, Texas Rules of Civil Procedure.

### II. Parties

Plaintiff, Alfred Lee, is an individual residing in Baton Rouge, East Baton Rouge Parish, Louisiana. The last three digits of his Social Security number are 651.

Plaintiff, Shelly Lee, is an individual residing in Baton Rouge, East Baton Rouge Parish, Louisiana. The last three digits of her Social Security number are 303.

Defendant, ILM Transportation, Inc. is a corporation organized under the laws of Pennsylvania. Pursuant to Texas Civil Practice & Remedies Code §17.061, et seq., Defendant can be served with process herein by serving certified copies of the petition and citation on the chairman of the Texas Transportation Commission, J. Bruce Bugg, Jr., at 125 E. 11th St., Austin, Texas 78701. It is requested that the chairman immediately mail, by certified or registered mail, certified copies of the petition and citation, along with notice that the process has been served on the chairman, to Defendant's registered agent, Ilhom Hudoykulov, 521 Avon Street, Philadelphia, Pennsylvania 19116-3324.             **EXHIBIT A**

1

Defendant, Tuhtaboy Dummatov, is an individual residing in Philadelphia County, Pennsylvania. Pursuant to Texas Civil Practice & Remedies Code §17.061, et seq., Defendant can be served with process herein by serving certified copies of the petition and citation on the chairman of the Texas Transportation Commission, J. Bruce Bugg, Jr., at 125 E. 11th St., Austin, Texas 78701. It is requested that the chairman immediately mail, by certified or registered mail, certified copies of the petition and citation, along with notice that the process has been served on the chairman, to Defendant at his residence, 8020 Algon Avenue, Philadelphia, Pennsylvania 19152.

### III. Venue

Venue is appropriate in Harris County, Texas, because it is the county in which the incident made the basis of this suit occurred.

### IV. Jurisdiction

This court has jurisdiction over the subject matter of this lawsuit because the amount in controversy is within the jurisdictional limits of this court.

### V. Statement of Facts

This lawsuit arises from a motor-vehicle wreck that occurred on or about July 4, 2018, in Harris County, Texas. Plaintiff, Alfred Lee, was driving his vehicle eastbound in the far left lane of East Freeway in Houston, Texas. Plaintiff, Shelly Lee, was riding as a passenger. Defendant, Tuhtaboy Dummatov, who was operating a tractor-trailer rig, was also driving eastbound on the East Freeway, directly behind Plaintiffs' vehicle. Defendant failed to control his speed and rear-ended Plaintiffs' vehicle.

### VI. Cause of Action

The injuries and damages sustained by Plaintiffs, which are made the basis of this suit, were proximately caused by the negligent acts of omission and commission of Defendants. At all times material herein, Defendant Dummatov was acting within the course and scope of his employment by or agency for Defendant, ILM Transportation, Inc., which is responsible for his conduct under the theories of *respondeat superior* or agency.

## VII. Damages

As a result of this incident, Plaintiffs sustained serious injuries that required medical treatment and in all likelihood will require additional medical treatment in the future. Plaintiffs seek to recover all medical expenses incurred as a proximate result of this incident for necessary medical treatment rendered, as well as for all such medical expenses incurred in the future.

Additionally, at the time of the occurrence made the basis of this suit, Plaintiffs were working and earning wages. Accordingly, Plaintiffs seek recovery for their lost wages and loss of wage earning capacity, both in the past and in the future.

Furthermore, Plaintiffs seek to recover for the pain and suffering, mental anguish, physical impairment, and physical disfigurement sustained in the past, and which they will likely suffer in the future.

Accordingly, Plaintiffs are entitled to and herein now sue for a just and reasonable sum that exceeds the minimum jurisdictional limits of this Court. Pursuant to the requirements of Rule 47, Tex. R. Civ. Proc., Plaintiffs affirmatively plead for monetary relief over $1,000,000.

## VIII. Interest

Plaintiffs seek prejudgment and post-judgment interest as permitted by law.

## **PRAYER**

Plaintiffs pray that defendants be cited to appear and answer herein, and that upon final trial of this matter they have judgment against defendants, both jointly and severally, for actual damages, prejudgment and post-judgment interest, costs of court and all other remedies, both at law and at equity, to which this court finds them to be justly entitled.

Respectfully submitted,

TERRY BRYANT PLLC

By: _____*Terry Bryant*_____
Terry Bryant
State Bar No. 03274300
Gregg Anderson
State Bar No. 01186200
Email: gregg@terrybryant.com
8584 Katy Freeway, Suite 100
Houston, Texas 77024
Tel: (713) 830-7083
Fax: (713) 973-1188

ATTORNEYS FOR PLAINTIFFS



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 11, 2019

Certified Document Number:        86410595 Total Pages:  4

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**